| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:99CR10076-001 |
| TRANSFER OF JURISDICTION | RECEIVED 2005 JUN 21 A 10: 00 | DOCKET NUMBER *(Rec. Court)* 1:05CR165-F CR misc No. 907 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Daniel L. McClellan<br>2807 Nottingham Way<br>Dothan, AL    36305 | Western District/TN | Eastern Division |
| | NAME OF SENTENCING JUDGE | |
| | JAMES D. TODD | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/18/2005 | TO 04/17/2007 |

| OFFENSE |
|---|
| **Felon in Possession of a Firearm**<br>**18 U.S.C. § 922(g)** |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____WESTERN____ DISTRICT OF ____TENNESSEE____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

24 May 2005
_____Date_____                    _____James D. Todd_____
                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/27/05
_____Effective Date_____                    _____United States District Judge_____

RECEIVED
JUN 29 2005
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA