CLOSED

# U.S. District Court
## Northern District of Florida - District Version 3.0 (Panama City)
## CRIMINAL DOCKET FOR CASE #: 5:07-mj-00076-LB All Defendants
### Internal Use Only

Case title: USA v. MCCLELLAN
Other court case number: 1:05CR165-001 MIDDLE DISTRICT OF ALABAMA

Date Filed: 06/22/2007
Date Terminated: 06/28/2007

---

Assigned to: MAGISTRATE JUDGE LARRY BODIFORD

**Defendant**

**DANIEL L MCCLELLAN** (1)
*TERMINATED: 06/28/2007*

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
Deputy Clerk

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2007 | 1 | *(Copy of)* VIOLATION PETITION from the MD/AL as to DANIEL L MCCLELLAN MD/AL Case Number: 1:05CR165-001 (kmb) (Entered: 06/28/2007) |
| 06/25/2007 | 2 | Minute Entry for proceedings held before Judge LARRY BODIFORD: Initial Appearance as to DANIEL L MCCLELLAN held on 6/25/2007. Dft WAIVED identity and agreed to return to Montgomery, AL to face charges. (Tape # CD 2007) (Attachments: # 1 Judge Checklist) (kmb) (Entered: 06/28/2007) |
| 06/25/2007 | 3 | WAIVER of Rule 5(c)(3) Hearing by DANIEL L MCCLELLAN (kmb) (Entered: 06/28/2007) |

06/28/2007 9:57 AM

| 06/25/2007 | ⚪4 | ORDER: COMMITMENT TO ANOTHER DISTRICT as to DANIEL L MCCLELLAN Signed by Judge LARRY BODIFORD on 6/25/2007. (kmb) (Entered: 06/28/2007) |
| 06/28/2007 | ⚪5 | Letter from ND/FL to the MD/AL transferring the ORIGINAL paperwork from  2  Hearing. (kmb) (Entered: 06/28/2007) |
| 06/28/2007 | ⚪ | (Court only) ***Criminal Case Terminated, ***Terminated defendant DANIEL L MCCLELLAN, pending deadlines, and motions. (kmb) (Entered: 06/28/2007) |

☙ AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br><br>DANIEL L. MCCLELLAN | **COMMITMENT<br>TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of Florida | 1:05CR00165-001 | 5:07MJ76-LAB | Middle District of Alabama |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☐ Complaint    ✖ Other:

**charging a violation of**      18      §      3583

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

FILED IN OPEN COURT THIS

6/25/07

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA

**VIOLATION OF SUPERVISED RELEASE**

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✖ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other

| **Representation:** ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ✖ None |
|---|---|---|---|

| **Interpreter** | ✖ No | ☐ Yes | Language |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| June 25, 2007 | _____ |
|---|---|
| Date | Larry A. Bodiford, U.S. Magistrate Judge |

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

-4-

AO 466 (Rev. 1/03) Waiver of Rule 5 Hearings

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

_____DANIEL M. MCCLELLAN_____
Defendant

## WAIVER OF RULE 5 HEARINGS
### (All Criminal Cases)

JUDGE:      Larry A. Bodiford

CASE NUMBER:      5:07MJ76-LAB

I understand that charges are pending in the _____MIDDLE_____ District of _____ALABAMA_____

alleging violation of   18 U.S.C. § 3583 _____ and that I have been arrested in this district and
          (Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge,  who has informed me of the charge(s) and  my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;

- *Check one only -*

[   ]     **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause
       to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)     request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ✖ ]     **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3)     a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to
       determine whether there is probable cause to believe a violation occurred; and
(4)     a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from
custody.

#### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(     ) identity hearing

(     ) preliminary hearing

(     ) identity hearing and have been informed I have no right to a preliminary hearing

(     ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
       an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
*Defendant:* **Daniel M. McClellan**

_____June 25, 2007_____
*Date*

Waived by Dft.
*Defense Counsel:*

FILED IN OPEN COURT THIS
6/25/07
CLERK, U.S. DISTRICT
COURT, NORTH. DIST.

- 3 -

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

Case No. 5:07MJ76-LAB            Date: June 25, 2007

DOCKET ENTRY: INITIAL APPEARANCE ON A **VIOLATION PETITION** - RULE 5
Out

PRESENT: Honorable **Larry A. Bodiford**, United States Magistrate
Judge

| Kathy Keeton | , Deputy Clerk |
| CD: 2007 | , Court Reporter |
| NONE PRESENT | , Asst. U. S. Attorney |
| NONE PRESENT | , Defense Attorney |
| **DANIEL L. MCCLELLAN** | , Defendant |

**✖** Custody; ___ Bond; ___ O/R

**PROCEEDINGS:**

**✖** Defendant advised that he is before a United States Magistrate Judge.

**✖** Defendant advised of charges against him, penalties and fines.

**✖** Defendant advised not to make any statement before consulting an attorney.

**✖** Defendant advised of his right to hire counsel or have counsel appointed.

_____ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its
accuracy.

_____ Defendant appointed the services of the Federal Public Defender

_____ Defendant declined to complete CJA Form 23, and was advised that should he
subsequently change his mind, he should file a CJA 23 with Clerk of Court.

_____ Defendant will hire his own Counsel:_____

_____ Defendant waived counsel for these proceedings only.

_____ Defendant advised of his right to reasonable bail.

**✖** Government moves for a temporary detention hearing.

**✖** The dft agreed to return to the Middle District of Alabama to face pending
charges.  Detention Hearing will be set in the Middle District of Alabama
upon the defendant's arrival in the district.

_____ Detention Hearing:_____

_____ Defendant released on $25,000 UNSECURED bond.  Defendant will be notified
her next court date by the District of Alaska.

_____ Defendant arraigned for trial.
_____ Waived Formal Reading of the Indictment
_____ Entered plea of NOT GUILTY on all counts
_____ Trial Date:_____

-2-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA                    DOCKET NO: 5:07MJ76-LAB
                                            APPEARANCE
vs.
                                            DATE: June 25, 2007
DANIEL M. MCCLELLAN
----------------------------------------------------------------
           INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE

     I, LARRY A. BODIFORD, United States Magistrate for the
Northern District of Florida, do hereby certify that the Defendant
appeared with_____ without __✓__ an attorney, and that I have this
date advised the Defendant of the following rights and taken the
following action:

__✓__1.    Advised that he/she is before a United States Magistrate

__✓__2.    Advised of the charge or charges

__✓__3.    Advised that he/she does not have to make any statement;
           that he/she has a right to consult with an attorney
           before making any statement;  that any statement that
           he/she makes could be used against him/her

__✓__4.    Advised of right to hire an attorney, or have an attorney
           appointed if, after inquiry, Defendant is found to be
           unable to hire an attorney

_____5.    Defendant executed CJA Form 23

_____6.    Federal public defender appointed after determination
           defendant unable to hire an attorney

_____7.    Defendant  waived an attorney for initial appearance
           proceedings only

_____8.    Advised that waiver does not prevent representation by an
           attorney for trial or any other judicial proceedings

_____9.    Defendant signed_____ refused to sign_____ waiver after
           having waived an attorney

_____10.   Advised Defendant that he/she should obtain and file CJA
           23 if Defendant subsequently decides to request
           appointment of an attorney

\_\_\_\_\_11.   Defendant  admitted financial ability to employ an
            attorney
            Attorney:_____

\_\_\_\_\_12.   Defendant admitted\_\_\_\_\_ Magistrate found\_\_\_\_\_ Defendant
            is financially able to employ an attorney

\_\_\_\_\_13.   Advised of right to preliminary hearing as to probable
            cause on the charge/charges filed

\_\_\_\_\_14.   Advised no right to preliminary hearing

\_\_\_\_\_15.   Advised of right to waive preliminary hearing

\_\_\_\_\_16.   Advised of  right to subpoena witnesses and produce
            evidence at preliminary hearing

\_\_\_\_\_17.   Advised of the consequences of waiver of preliminary
            hearing

\_\_\_\_\_18.   Advised of the consequences after preliminary hearing

\_\_\_\_\_19.   Waived preliminary hearing

\_\_\_\_\_20.   Fix date and time for preliminary hearing
            _____

\_\_\_\_\_21.   Fix date and time for arraignment
            _____

\_\_\_\_\_22.   Defendant ordered discharged

\_\_\_\_\_23.   Defendant ordered bound over to District Court

\_\_\_\_\_24.   Advised of right to have reasonable bond set

\_\_\_\_\_25.   Bail set
            (Amount $_____ Type _____)

\_\_\_\_\_26.   Defendant released on bail

\_\_\_\_\_27.   Defendant committed.

                              _____
                              KAREN A. BODIFORD
                              UNITED STATES MAGISTRATE

Judge's Notes:
_____ *Rule 5  M.D. Al Montgomery* _____

Case 1:05-cr-00165-MEF-CSC   Document 5 *SEALED*   Filed 02/13/2006   Page 1 of 2

PROB 12C
(7/93)

# United States District Court

## for

## Middle District of Alabama

5:07MJ76-LAPB

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: DANIEL L. MCCLELLAN                    Case Number: 1:05CR00165-001

Name of Sentencing Judicial Officer:   Honorable James D. Todd, U.S. District Judge, Western District of Tennessee. Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Mark E. Fuller, Chief U.S. DISTRICT Judge

Date of Original Sentence: March 2, 2000

Original Offense: Felon in Possession of Firearm; 18 USC 922 (g), a Class C Felony

Original Sentence: 70 Months custody of the Federal Bureau of Prisons; two (2) years Supervised Release

Type of Supervision: Supervised Release                  Date Supervision Commenced: April 18, 2005

Assistant U.S. Attorney: Louis Franklin                  Defense Attorney: Federal Defender

## PETITIONING THE COURT

[ ]   To issue a summons
[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1.   **Violation of condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime."**

On February 11, 2006, Sgt. John Tate of the Holmes County, Florida Sheriff's Department conducted a traffic stop on a 1994 Dodge van for not displaying a vehicle tag. The driver of the vehicle was identified as Daniel L. McClellan. McClellan was not able to produce a valid drivers license as his Alabama license had been suspended. McClellan was placed under arrest for Driving While License Suspended or Revoked and Sgt. Tate searched his person. Sgt. Tate located a loaded .22 caliber pistol in McClellan's right cargo pants pocket. McClellan was charged with Carrying a Concealed Firearm.

2.   **Violation of condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime."**

On February 11, 2006, Sgt. John Tate of the Holmes County, Florida Sheriff's Department conducted a traffic stop on a 1994 Dodge van for not displaying a vehicle tag. The driver of the vehicle was identified as Daniel L. McClellan. McClellan was placed under arrest for Driving While License Suspended or Revoked and Sgt. Tate searched his person. Sgt. Tate located a loaded .22 caliber pistol in McClellan's right cargo pants pocket. A search of the vehicle revealed a loaded 9mm pistol in a black garbage bag between the front driver and passenger seat. McClellan was charged with Possession of a Firearm by a Convicted Felon.

2007 JUN 22  AM10: 06

KMK

FILED

ATTEST: A True Copy.
Certified to
Clerk, U.S. District Court,
Middle District of Alabama

2/13, 2006

BY _____ Deputy Clerk

Case 1:05-cr-00165-MEF-CSC Document 5 *SEALED* Filed 02/13/2006 Page 2 of 2

PROB 12C
(7/93)

3. **Violation of condition of supervised release which states, "The defendant shall not possess a firearm as defined in 18 USC § 921."**

On February 11, 2006, Sgt. John Tate of the Holmes County, Florida Sheriff's Department conducted a traffic stop on a 1994 Dodge van for not displaying a vehicle tag. The driver of the vehicle was identified as Daniel L. McClellan. McClellan was placed under arrest for Driving While License Suspended or Revoked due to his Alabama drivers license being suspended. Sgt. Tate searched his person, and located a loaded .22 caliber pistol in McClellan's right cargo pants pocket.

4. **Violation of condition of supervised release which states, "The defendant shall not possess a firearm as defined in 18 USC § 921."**

On February 11, 2006, Sgt. John Tate of the Holmes County, Florida Sheriff's Department conducted a traffic stop on a 1994 Dodge van for not displaying a vehicle tag. The driver of the vehicle was identified as Daniel L. McClellan. McClellan was placed under arrest for Driving While License Suspended or Revoked due to his Alabama drivers license being suspended. A search of the vehicle revealed a loaded 9mm pistol in a black garbage bag between the front driver and passenger seat.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [] extended one year

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 13, 2006

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved: _____
Leslie P. Craft, Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] No Action
[ ] Other

Myron H. Thompson
United States District Judge

February 13, 2006
Date

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**WILLIAM M. McCOOL**
CLERK OF COURT
U.S. COURTHOUSE, SUITE 322
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
U.S. COURTHOUSE SUITE 322
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717

June 28, 2007

Clerk, U.S. District Court
P.O. Box 1248
Montgomery, AL 36102

      Re: USA v. DANIEL L. MCCLELLAN
          ND/FL Case Number: 5:07MJ76-LAB
          MD/FL Case Number: 1:05CR00165-001

Dear Clerk,

      Enclosed you will find the original paperwork from the Initial Appearance and Removal
Hearing of Daniel L. McClellan.

      Please indicate receipt on the enclosed copy of this letter and return.

                    Sincerely,
                    WILLIAM M. McCOOL, CLERK OF COURT

                    *s/ Kathy Keeton*
                    Deputy Clerk: Kathy Keeton

**RECEIVED:**

**DATE:**_____

**BY:**_____

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

---

Tallahassee Division (850) 521-3501 Pensacola Division (850) 435-8440 Gainesville Division (352) 380-2400 Panama City Division (850) 769-4556

*Visit our website at www.flnd.uscourts.gov*