IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR165-MEF |
| | ) | |
| DANIEL L. MCCLELLAN | ) | |

**ORDER**

The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. It is further

**ORDERED** that a detention and if necessary[1] a preliminary hearing are set for July 9, 2007, at 2:00 p.m. in United States Courthouse, One Church Street, Montgomery, Alabama, in Courtroom 4B. before Charles S. Coody, United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 5th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The phrase "if necessary" is used because it appears that while the actions which led to the petitioner seeking revocation of the defendant's supervision occurred in the Northern District of Florida, and he was arrested in that district, *see* FED.R.CRIM.P. 32.1(a)(5)(A), the defendant was informed that he did not have a right to a preliminary hearing in that district. Since it does not appear that a preliminary hearing was held, the parties should be prepared for the hearing unless the defendant intends to waive his right to the hearing.