IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cr-165-MEF |
| | ) | |
| DANIEL L. McCLELLAN | ) | |

# **O R D E R**

It is hereby ORDERED that this case is set for a final revocation hearing on August

14, 2007 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A,

Montgomery, Alabama.

DONE this 10th day of July, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE